# Court of Appeals
# of the State of Georgia

ATLANTA,   August 17, 2016   

*The Court of Appeals hereby passes the following order:*

## A17D0005. ROBERT H. MCNAIR, CO-EXECUTOR v. RICHARD "RICHIE" HAROLD MCNAIR et al., PROPOUNDERS.

The Probate Court of Turner County entered an order denying a petition to probate the will of Hazel McNair, and the propounders appealed to the superior court, which entered judgment in their favor and ruled that the will should be admitted to probate. Caveator Robert H. McNair appealed that ruling to this Court; that appeal is pending here as Case No. A15A1627.[1] The superior court later granted the propounders' motion for OCGA § 9-15-14 attorney fees, and Robert H. McNair filed an application for discretionary appeal from the fee award in the Supreme Court, which transferred the case to this Court.

Although an application for discretionary review ordinarily is required to appeal a trial court's order awarding OCGA § 9-15-14 attorney fees, no such application is needed when a direct appeal is pending from the underlying judgment. See *Haggard v. Bd. of Regents of the Univ. System of Ga.*, 257 Ga. 524, 526-527 (4) (a) (360 SE2d 566) (1987). Thus, because a direct appeal is pending in the underlying case in this Court, no application is required here.

Under OCGA § 5-6-35 (j), this Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. Accordingly, this application is hereby GRANTED. Robert H. McNair shall have 10 days from the date

---

[1] We initially transferred Case No. A15A1627 to the Supreme Court, which then returned it to us, on the ground that the appeal did not concern the validity or meaning of a will.

of this order to file a notice of appeal with the superior court, if he has not already done so. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  08/17/2016
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

     *Stephen E. Castlen*  *, Clerk.*